UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JASON IBARRA,

      Plaintiff,

Civil No.: 22-cv-14067-WM

vs.

FUTURE MOTION, INC., a Delaware Corporation,

      Defendant.

## CORRECTED JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Jason Ibarra, and Defendant, Future Motion, Inc., hereby stipulate to the dismissal of this civil action, with prejudice. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

The parties further agree that this Stipulation of Dismissal With Prejudice is contingent upon the Court retaining jurisdiction to enforce the terms of the settlement agreement, and respectfully move the Court enter an Order of Dismissal which expressly provides that this Court retains jurisdiction to enforce the terms of the settlement agreement pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

Dated:  May 3, 2023

Respectfully submitted,

| | |
|---|---|
| */s/ Lowell P. McKelvey* | */s/ Michael R. Holt* |
| Aaron A. Karger, Esq. | MICHAEL R. HOLT |
| Florida Bar No.: 93226 | Florida Bar No.: 483450 |
| Law Offices of Aaron A. Karger, P.A. | E-mail: mholt@rumberger.com |
| *Attorney for Plaintiff* | docketingmiami@rumberger.com |
| 16211 NE 18th Avenue | mholtsecy@rumberger.com |
| Suite 200 | LIGIANETTE CORDOVA |
| North Miami Beach, Florida 33162 | Florida Bar No.:  103271 |
| Tel: (305) 577-7772 | E-mail: lcordova@rumberger.com |
| Fax: (305) 602-9357 | docketingmiami@rumberger.com and |
| Email: aaron@aak-law.com | lcordovasecy@rumberger.com |
| E-service: service@aak-law.com | Rumberger, Kirk, & Caldwell, P.A. |
| | Brickell City Tower, Suite 3000 |
| Jeffrey Weiskopf | 80 Southwest 8th Street |
| *Pro Hac Vice* | Miami, Florida 33130-3037 |
| Halperin, Halperin & Weiskopf, PLLC | Tel:  305.358.5577 |
| 18 East 48th Street, Suite 1001 | |
| New York, New York 10017 | Kathleen K. Curtis |
| Phone: 212-935-2600 | *Pro Hac Vice* |
| E-mail: jweiskopf@halperinlawyers.com | NILAN JOHNSON LEWIS PA |
| | 250 Marquette Ave. S., Suite 800 |
| Lowell P. McKelvey | Minneapolis, MN 55401 |
| *Pro Hac Vice* | Tel:  612-305-7500 |
| McKelvey Law LLC | kcurtis@nilanjohnson.com |
| 1205 NW 25th Avenue | |
| Potland, Oregon 97210 | *Attorneys for Defendant Future Motion, Inc.* |
| Tel: 503-349-7535 | |
| E-mail: lowell@mckelveylaw.com | |
| | |
| *Counsel for Plaintiff* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served by electronically filing with the Clerk of the Court using CM/ECF on May 3, 2023 on counsel or parties of record on the Service List below.

Aaron A. Karger, Esq.
Florida Bar No.: 93226
Law Offices of Aaron A. Karger, P.A.
16211 NE 18th Avenue
Suite 200
North Miami Beach, Florida 33162
Tel: (305) 577-7772
Fax: (305) 602-9357
Email: aaron@aak-law.com
E-service: service@aak-law.com

*Counsel for Plaintiff*

Lowell P. McKelvey
McKelvey Law LLC
1205 NW 25th Avenue
Potland, Oregon 97210
Tel: 503-349-7535
E-mail: lowell@mckelveylaw.com

*Counsel for Plaintiff*

Jeffrey Weiskopf
Halperin, Halperin & Weiskopf, PLLC
18 East 48th Street, Suite 1001
New York, New York 10017
Phone: 212-935-2600
Facsimile: 212-935-2390
E-mail: jweiskopf@halperinlawyers.com

*Counsel for Plaintiff*

17898615.v1

*s/ Michael R. Holt*
MICHAEL R. HOLT
Florida Bar No.: 483450
E-mail: mholt@rumberger.com
docketingmiami@rumberger.com
mholtsecy@rumberger.com
LIGIANETTE CORDOVA
Florida Bar No.:  103271
E-mail: lcordova@rumberger.com
docketingmiami@rumberger.com and
lcordovasecy@rumberger.com
Rumberger, Kirk, & Caldwell, P.A.
Brickell City Tower, Suite 3000
80 Southwest 8th Street
Miami, Florida 33130-3037
Tel:  305.358.5577
Fax:  305.371.7580

Kathleen K. Curtis
*Pro Hac Vice*
NILAN JOHNSON LEWIS PA
250 Marquette Ave. S., Suite 800
Minneapolis, MN 55401
612.305.7500
kcurtis@nilanjohnson.com